# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**BRUCE F. MALOTT,**

                Plaintiff,

vs.                                        CASE NO. 1:12-CV-1146-MV-WPL

**NEW MEXICO EDUCATIONAL**
**RETIREMENT BOARD,**

                Defendant.

## JOINT STATUS REPORT RE CERTIFICATION OF QUESTION
## TO THE SUPREME COURT OF NEW MEXICO

The parties hereto, pursuant to the Court's Memorandum Opinion and Order entered January 27, 2014 [DOC 58], hereby report to the Court as follows:

The Supreme Court of New Mexico has neither answered nor rejected the question certified.

                              Respectfully Submitted,

                              LAW OFFICE OF JACK BRANT, P.C.

                        By:   /s/ Jeannie Hunt_____
                                Jack Brant
                                Jeannie Hunt
                                *Attorneys for Plaintiff Bruce F. Malott*
                                202 Tulane Dr SE
                                Albuquerque NM 87106
                                P: 505-232-5300; F: 505-232-5335
                                jack@jbrantlaw.com
                                jhunt@jbrantlaw.com

**Approved as to Form:**

 *via email 5/28/14*\_\_\_\_
**Scott Fuqua**
Assistant Attorney General
GARY K. KING NEW MEXICO
ATTORNEY GENERAL
408 Galisteo Street
Santa Fe, NM 87501
P: 505-827-6920; F: 505-827-6036

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Scott Fuqua
Assistant Attorney General
GARY K. KING NEW MEXICO
ATTORNEY GENERAL
408 Galisteo Street
Santa Fe, NM 87501
505-827-6920
505-827-6036 Facsimile
*Attorney for Defendant Educational Retirement Board*


__/s/ Jeannie Hunt_____
     Jeannie Hunt

2