ATTEST: A TRUE COPY

*Joey D. Moya*

Chief Clerk of the Supreme Court
of the State of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2014 AUG 19 AM 10: 14
CLERK-SANTA FE

CV 12-1146 MV/WPL

# IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

## August 18, 2014

NO. 34,810

**BRUCE F. MALOTT,**

Plaintiff,

v.

**NEW MEXICO EDUCATIONAL RETIREMENT BOARD,**

Defendant.

## ORDER

WHEREAS, this matter came on for consideration by the Court upon certification request from the United States District Court for the District of New Mexico under Rule 12-607 NMRA; and the Court having considered said request and being sufficiently advised, Justice Petra Jimenez Maes, Justice Richard C. Bosson, Justice Edward L. Chávez, and Justice Charles W. Daniels concurring; Chief Justice Barbara J. Vigil recusing;

NOW, THEREFORE, IT IS ORDERED that the certification request is ACCEPTED;

IT IS FURTHER ORDERED that the cause is assigned to the **GENERAL**

1

ATTEST: A TRUE COPY

*Joey D. Maya*

Chief Clerk of the Supreme Court of the State of New Mexico

CALENDAR;

IT IS FURTHER ORDERED that this Court requests that the Clerk of the United States District Court for the District of New Mexico transmit to this Court a copy of all pleadings, documents, and other records filed in the district court in cause numbered 12-CV-01146 MV/WPL;

IT IS FURTHER ORDERED that, in accordance with Rule 12-607(E) NMRA, Defendant shall file a brief in chief addressing the certified question, which shall be timely if filed on or before **October 2, 2014**, with Plaintiff's answer brief due forty-five (45) days after service of the brief in chief, and Defendant's reply brief, if any, due twenty (20) days after service of the answer brief; and

IT IS FURTHER ORDERED that oral argument may be requested under Rule 12-214 NMRA.

IT IS SO ORDERED.

WITNESS, ~~Honorable~~ Petra Jimenez Maes, Acting Chief Justice of the Supreme Court of the State of New Mexico, and the seal of said Court this 18th day of August, 2014.

(SEAL)

_____

Joey D. Moya, Chief Clerk of the Supreme Court of the State of New Mexico