IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRUCE F. MALOTT,

                              Plaintiff,

vs.                                                          CASE NO. 1:12-CV-1146-MV-WPL

NEW MEXICO EDUCATIONAL
RETIREMENT BOARD,

                              Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Bruce F. Malott and Defendant New Mexico Educational Retirement Board stipulate and agree that the above-captioned action should be dismissed in its entirety and with prejudice with each party to bear its own costs and attorneys' fees.

As grounds for this Stipulation of Dismissal, Plaintiff and Defendant state that all matters in controversy have been fully settled and compromised.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter an order dismissing the above-captioned action in its entirety and with prejudice, with each party to bear its own costs and attorneys' fees.

                              Respectfully Submitted,

                              LAW OFFICE OF JACK BRANT, P.C.

                              By:   /s/ Jeannie Hunt_____
                                   John M. Brant
                                   Jeannie Hunt
                              202 Tulane Dr. SE
                              Albuquerque NM 87106
                              Telephone: 505-232-5300
                              Facsimile:  505-232-5335
                              jack@jbrantlaw.com
                              jhunt@jbrantlaw.com
                              *Attorneys for Plaintiff Bruce F. Malott*

1

GARY K. KING NEW MEXICO ATTORNEY GENERAL

By:    _Electronically Approved by S. Fuqua on 09/24/14 (JH)_
            Scott Fuqua
Assistant Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Telephone: 505-827-6920
Facsimile:  505-827-6036
_Attorney for Defendant Educational Retirement Board_


## **CERTIFICATE OF SERVICE**

        I hereby certify that on September 24th, 2014, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

LAW OFFICE OF JACK BRANT, P.C.

    /s/ Jeannie Hunt