## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BRUCE F. MALOTT,

                Plaintiff,

vs.                                     CASE NO. 1:12-CV-1146-MV-WPL

NEW MEXICO EDUCATIONAL
RETIREMENT BOARD,

                Defendant.

### JOINT STATUS REPORT RE CERTIFICATION OF QUESTION
### TO THE SUPREME COURT OF NEW MEXICO

The parties hereto, pursuant to the Court's Memorandum Opinion and Order entered January 27, 2014 [DOC 58], hereby report to the Court as follows:

Plaintiff and Defendant state that all matters in controversy have been fully settled and compromised and a Stipulation of Dismissal is forthcoming.

~~Respectfully Submitted,~~

LAW OFFICE OF JACK BRANT, P.C.

By:   /s/ Jeannie Hunt
           Jack Brant
           Jeannie Hunt
           *Attorneys for Plaintiff Bruce F. Malott*
           202 Tulane Dr SE
           Albuquerque NM 87106
           P: 505-232-5300; F: 505-232-5335
           jack@jbrantlaw.com
           jhunt@jbrantlaw.com

**Approved as to Form:**
*Electronically Approved by S. Fuqua on 09/24/14 (JH)*
**Scott Fuqua**
Assistant Attorney General
GARY K. KING NEW MEXICO
ATTORNEY GENERAL
408 Galisteo Street
Santa Fe, NM 87501
P: 505-827-6920; F: 505-827-6036

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Scott Fuqua
Assistant Attorney General
GARY K. KING NEW MEXICO
ATTORNEY GENERAL
408 Galisteo Street
Santa Fe, NM 87501
505-827-6920
505-827-6036 Facsimile
*Attorney for Defendant Educational Retirement Board*


___/s/ Jeannie Hunt_____
    Jeannie Hunt